01

02

03

04

05

06          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                   AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )  CASE NO. CR12-062-RSL
09          Plaintiff,                  )
                                        )
10          v.                          )
                                        )  DETENTION ORDER
11  IVAN BERRELLEZA-VERDUZCO,           )
                                        )
12          Defendant.                  )
    _____ )

13

14  <u>Offense charged</u>:        Conspiracy to Distribute Heroin and Methamphetamine; Conspiracy to

15  Engage in Money Laundering

16  <u>Date of Detention Hearing</u>:    April 13, 2012.

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably

20  assure the appearance of defendant as required and the safety of other persons and the

21  community.

22  / / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant is reportedly a citizen of Mexico.

2.    The United States alleges that his presence in this country is illegal. There is an immigration detainer pending against him. The issue of detention in this case is therefore essentially moot, as the defendant would be released to immigration custody if not detained in this case.

3.    Defendant and his counsel offer no opposition to entry of an order of detention.

4.    Upon advice of counsel, defendant declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

5.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

01  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02      for the defendant, to the United States Marshal, and to the United State Pretrial Services

03      Officer.

04      DATED this <u>13th</u> day of April, 2012.

06      _____

        Mary Alice Theiler

07      United States Magistrate Judge